```
LAW OFFICE OF UY & HENRIOULLE
Ronald V. Uy, Esq., SBN 177157
Stevan J. Henrioulle, Esq., SBN 57282
1212 Broadway, Suite 820
Oakland, CA 94612
Tel. (510) 835-3730; Fax (510) 835-3731
Attorneys for Plaintiffs, MIKA BABA and TOSHIHARU BABA

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicholas G. Hood, Esq., SBN 238620
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
rfinlay@wrightlegal.net; nhood@wrightlegal.net
Attorneys for Defendant, AMERICAN HOME MORTGAGE SERVICING, INC.
```



IT IS SO ORDERED
Judge Vaughn R Walker

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA BABA, TOSHIHARU BABA, | Case No.: 3:09-CV-05522-VRW |
| Plaintiffs, | |
| vs. | **STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA** |
| CALWIDE MORTGAGE AND REALTY, AMERICAN BROKERS CONDUIT, AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1 through 100, | |
| Defendants. | |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, MIKA BABA and TOSHIHARU BABA (collectively "Plaintiffs"), by and through their counsel of record, the Law Office of Uy & Henrioulle, and Defendant, AMERICAN HOME MORTGAGE SERVICING, INC. ("AHMSI"), by and through its counsel of record, Wright, Finlay & Zak, LLP, hereby stipulate and agree as follows:

-1-

STIPULATION TO REMAND

1. **WHEREAS**, on October 20, 2009, Plaintiffs filed the instant Action (the "Action") in the Superior Court of California, County of Alameda (the "State Court"), as Case No. HG09480349;

2. **WHEREAS**, on November 20, 2009, AHMSI removed the Action to the jurisdiction of the present Federal Court on the basis of Federal Question (28 U.S.C. § 1441(b)) due to the Action's assertion of violations of the Truth-In-Lending-Act ("TILA"), the Real Estate Settlement Procedures Act ("RESPA") and other "Federal Laws";

3. **WHEREAS**, subsequent to said removal, Plaintiffs moved the instant Court to remand the Action back to the State Court asserting, in pertinent part, that Plaintiffs "do indeed note that violations of Federal law occurred during this loan and the foreclosure proceedings (including 'TILA,' 'RESPA,' and other 'Federal laws'), but they have patently declined to state causes of action based on those violations. Instead the [Plaintiffs] simply mentioned those violations in passing." (Plaintiffs' Motion to Remand, Document No. 6, pg. 5:18-21.)

4. **WHEREAS**, the Parties hereto agree that through the Motion to Remand, Plaintiffs have clarified that they are not asserting causes of action, at this time, based on the alleged violations of TILA, RESPA and other "Federal Laws" in the Action. This stipulation, however, does not waive, and shall not be construed as a waiver, of Plaintiffs' rights to assert causes of action based on the alleged violations of TILA, RESPA and other "Federal Laws", if any, at any time during the course of this Action through an amendment of the Complaint, or any other pleading.

5. **WHEREAS**, in light of Plaintiffs' clarification of the Complaint, Plaintiffs and AHMSI desire to have the Action remanded to the State Court since a Federal Question does not exist in the Action at this time.

6. **WHEREAS**, excluding Plaintiffs and AHMSI, no other appearances have been made by any other named or unnamed party to this Action, either in the State Court or the present Federal Court.

///
///

NOW THEREFORE, Plaintiffs and AHMSI hereby agree and stipulate that the Action shall be remanded to the jurisdiction of the State Court for all purposes.

**IT IS SO STIPULATED.**

Respectfully submitted,

**LAW OFFICE OF UY & HENRIOULLE**

Dated: February 4, 2010    By: /s/ *signature*
Ronald V. Uy, Esq.,
Stevan J. Henrioulle, Esq.,
Attorneys for Plaintiffs, MIKA BABA and TOSHIHARU BABA

**WRIGHT, FINLAY & ZAK, LLP**

Dated: February 4, 2010    By: */s/ Nicholas Hood*
T. Robert Finlay, Esq.,
Nicholas G. Hood, Esq.,
Attorneys for Defendant, AMERICAN HOME MORTGAGE SERVICING, INC.

-3-

STIPULATION TO REMAND

# PROOF OF SERVICE

I, Steven E. Bennett, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On February 8, 2010, I served the within **STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Ronald V. Uy, Esq.
Stevan J. Henrioulle, Esq.
Law Office of Uy & Henrioulle
1212 Broadway, Suite 820
Oakland, CA 94612
510-835-3730; Fax: 510-835-3731
Attorneys for Plaintiffs Mika Bab and Toshiharu Baba

[X] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ] (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2010, at Newport Beach, California.

_/s/ Steven E. Bennett_
Steven E. Bennett

---

1
PROOF OF SERVICE